IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50591
Conference Calendar
_____


LEO BROWN,

                                        Plaintiff-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division; BRYAN HARTNETT, Warden;
TROY SCAROBOROUGH; TOMMY SWATE, DR.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-98-CV-33
- - - - - - - - - -

June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Leo Brown (TDCJ # 515184) has filed a motion for permission
to proceed in forma pauperis (IFP) in the appeal of the district
court's order denying his motion to reconsider its dismissal of
his complaint for failure to pay the initial partial filing fee
as required by the Prison Litigation Reform Act.  Brown cannot
show that the district court's refusal to vacate its Fed. R. Civ.
P. 41(b) dismissal of his complaint was so unwarranted as to
constitute an abuse of discretion.  See Seven Elves, Inc. v.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Eskenazi, 635 F.2d 396, 402 (5th Cir. 1981). Because Brown's appeal does not present a nonfrivolous issue, his motion to proceed IFP is DENIED and his appeal is DISMISSED. See Baugh v. Taylor, 117 F.3d 197, 202 & n.24 (5th Cir. 1997).

MOTION DENIED; APPEAL DISMISSED.